# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ANA CARRENO,

        Plaintiff,

v.                                                                                                  Case No:   6:25-cv-229-LHP

POLLACK & ROSEN, P.A.,

        Defendant

---

## ORDER

Before the Court is Plaintiff's Motion to Compel Responses/Document Production.  Doc. No. 40.  Plaintiff filed the motion on November 23, 2025, and the discovery deadline is December 1, 2025.  Doc. No. 28, at 4; Doc. No. 40.  Therefore, upon consideration, Plaintiff's motion (Doc. No. 40) is **DENIED as untimely**.  *See* Doc. No. 28, at 10 ("**The parties are advised that the Court requires that discovery motions be filed no less than twenty-one days prior to the discovery deadline.  The Court will deny any discovery motion filed after this deadline as untimely.**" (emphasis in original)).

- 2 -

**DONE** and **ORDERED** in Orlando, Florida on December 1, 2025.

_Leslie Hoffman Price_
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record