# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ANA CARRENO,

        Plaintiff,

v.                                                                                   Case No: 6:25-cv-229-LHP

POLLACK & ROSEN, P.A.,

        Defendant

## ORDER

This cause comes before the Court on a Notice of Plaintiff's Acceptance of Defendant's Rule 68 Offer of Judgment. Doc. No. 42. Based thereon, it is **ORDERED** that this case is **DISMISSED with prejudice**, subject to the right of any party to move the Court, within **sixty (60) days** from the date of this Order, to enter a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings. *See* Local Rule 3.09(b). All deadlines and hearings are hereby terminated. The Clerk of Court is **DIRECTED** to close the file.

Any motion for attorney's fees pursuant to the Offer of Judgment (Doc. No. 42-1) shall be made in accordance with Local Rule 7.01.

- 2 -

**DONE** and **ORDERED** in Orlando, Florida on December 3, 2025.

                                                   _Leslie Hoffman Price_
                                                   LESLIE HOFFMAN PRICE
                                                   UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record