**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANA CARRENO,

        Plaintiff,

v.                                                        Case No:   6:25-cv-229-LHP

POLLACK & ROSEN, P.A.,

        Defendant

**ORDER**

Before the Court is Plaintiff's Motion for Entitlement to Attorney Fee and Costs with Incorporated Memorandum of Law.   Doc. No. 48.   Although the Local Rule 3.01(g) certification states that the parties were unable to agree, Defendant has not filed a response, and the time to do so has expired.   *See* Local Rule 3.01(d). Accordingly, the Court considers the motion to be unopposed in all respects.   *See id.*   Upon consideration, however, for the reasons next discussed, the Motion for Entitlement (Doc. No. 48) will be **DENIED as moot**.

In short, Plaintiff filed a complaint alleging violations of the Fair Debt Collection Practices Act ("FDCPA").   *See* Doc. No. 1-1.   The parties settled the case when Plaintiff accepted Defendant's offer of judgment.   *See* Doc. No. 42.   The offer

of judgment states that Plaintiff agreed to accept $1,000.00 to settle her claims, plus "reasonable attorney's fees, costs and expenses to be determined by the Court[.]" Doc. No. 42-1; *see also* Doc. No. 42-2 (acceptance of offer).   On Plaintiff's unopposed motion, the Court thereafter entered a Stipulated Judgment stating same, to include that Plaintiff is entitled to "reasonable attorney fees, costs and expenses to be determined by the Court."   Doc. No. 47.   Based thereon, the Court finds a motion on fee entitlement unnecessary, and Plaintiff's request is therefore moot.[1]

It is **ORDERED** that Plaintiff shall file a supplemental motion on the amount of fees within **forty-five (45) days** of this Order, pursuant to Local Rule 7.01(c), and in full compliance with the requirements therewith.   Within **fourteen (14) days** of the filing of the motion for quantification, to the extent that there are any outstanding objections, Defendant may file a response.   Local Rule 7.01(d); *see also* Local Rule 3.01(d).

**DONE** and **ORDERED** in Orlando, Florida on February 18, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

---

[1] To the extent that the present motion addresses any issues related to quantification, the Court declines to address quantification at this time.  *See* Local Rule 7.01(c), (d).

Counsel of Record